STATE OF NEW YORK  UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1045  AND FILED ON  2/1/2008

MICHAEL PISANO  Plaintiff(s)/Petitioner(s)

Vs.

ALEX MANCONE, ET AL  Defendant(s)/Respondent(s)

STATE OF: NEW YORK  )
                    ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:14AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ALEX MANCONE, CHIEF OF POLICE  (herein called recipient) therein named.
At Location: 208 MAIN STREET
             BREWSTER NY

By delivering to and leaving with BARBARA JEWELL, CLERK a person of suitable age and discretion.
Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 2/8/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | GRAY |
|---|---|---|---|---|---|
| Age | 65 | Height | 5'2" | Weight | 150 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was Informed he was not

Sworn to before me on the 2/8/2008

Gary Williams
Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT
DOCUMENTS SERVED WITH INDEX#: 08CIV.1045   AND FILED ON   2/1/2008

MICHAEL PISANO                                              Plaintiff(s)/Petitioner(s)

                          Vs.

ALEX MANCONE, ET AL                                         Defendant(s)/Respondent(s)

STATE OF: NEW YORK         )
                           ) SS
COUNTY OF WESTCHESTER      )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/8/2008__ at __11:14AM__, deponent did serve the within process as follows:

Process Served:  SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served:    JOHN DEGNAN, MAYOR                                 (herein called recipient) therein named.
At Location:     VILLAGE OF BREWSTER
                 208 MAIN STREET
                 BREWSTER NY

By delivering to and leaving with __BARBARA JEWELL, CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house (usual place of abode) within the state.

On __2/8/08__, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | GRAY |
| Age | 65 | Height | 5'2" | Weight | 150 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __2/8/2008__

_Gary Williams_
Server's License#:

2010

STATE OF NEW YORK     UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1045    AND FILED ON    2/1/2008

MICHAEL PISANO     Plaintiff(s)/Petitioner(s)

Vs.

ALEX MANCONE, ET AL     Defendant(s)/Respondent(s)

STATE OF: NEW YORK ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:14AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: WILLIAM BANKS, TRUSTEE (herein called recipient) therein named.
At Location: VILLAGE OF BREWSTER
208 MAIN STREET
BREWSTER NY

By delivering to and leaving with BARBARA JEWELL, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house(usual place of abode) within the state.

On 2/8/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | GRAY |
|---|---|---|---|---|---|
| Age | 65 | Height | 5'2" | Weight | 150 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/8/2008

Gary Williams
Server's License#:

20/0

STATE OF NEW YORK    UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1045    AND FILED ON    2/1/2008

MICHAEL PISANO    Plaintiff(s)/Petitioner(s)

Vs.

ALEX MANCONE, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK    ) ss
COUNTY OF WESTCHESTER    )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:14AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES    (herein called recipient)
Party Served: VILLAGE OF BREWSTER    therein named.
At Location: 208 MAIN STREET
BREWSTER NY

By delivering to and leaving with BARBARA JEWELL and that deponent knew the person so served to be the CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: GRAY
Age: 65    Height: 5'2"
Weight: 150    Other Features

Sworn to before me on 2/8/2008

_Gary Williams_ (signature)
Gary Williams
Server's License#:

20/0