| | |
|---|---|
| STATE OF NEW YORK | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT |
| DOCUMENTS SERVED WITH INDEX#: 08CIV.1045 | AND FILED ON    2/1/2008 |

MICHAEL PISANO

Vs.

ALEX MANCONE, ET AL

Plaintiff(s)/Petitioner(s)

Defendant(s)/Respondent(s)

STATE OF: NEW YORK    )
                      ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/8/2008__ at __11:14AM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: ALEX MANCONE, CHIEF OF POLICE    (herein called recipient) therein named.
At Location: 208 MAIN STREET

BREWSTER NY

By delivering to and leaving with __BARBARA JEWELL, CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On __2/8/08__, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | GRAY |
|---|---|---|---|---|---|
| Age | 65 | Height | 5'2" | Weight | 150 |
| Other Features | | | | GLASSES | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __2/8/2008__

_____    _____
                              Gary Williams
                              Server's License#:

| STATE OF NEW YORK | UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT | |
|---|---|---|
| DOCUMENTS SERVED WITH INDEX#: 08CIV.1045 | AND FILED ON | 2/1/2008 |

**MICHAEL PISANO**  Plaintiff(s)/Petitioner(s)

Vs.

**ALEX MANCONE, ET AL**  Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                                     ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/8/2008__ at __11:14AM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: JOHN DEGNAN, MAYOR     (herein called recipient) therein named.
At Location: VILLAGE OF BREWSTER
            208 MAIN STREET
            BREWSTER NY

By delivering to and leaving with __BARBARA JEWELL, CLERK__ a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business  [ ] dwelling house(usual place of abode) within the state.

On __2/8/08__, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | GRAY |
|---|---|---|---|---|---|
| Age | 65 | Height | 5'2" | Weight | 150 |
| Other Features | | | | | |

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the __2/8/2008__

_____     _____
                                                                       Gary Williams
                                                                       Server's License#:

20/0

STATE OF NEW YORK     UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1045    AND FILED ON    2/1/2008

MICHAEL PISANO    Plaintiff(s)/Petitioner(s)

Vs.

ALEX MANCONE, ET AL    Defendant(s)/Respondent(s)

STATE OF: NEW YORK )
                                   ) SS
COUNTY OF WESTCHESTER )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 2/8/2008 at 11:14AM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES
Party Served: WILLIAM BANKS, TRUSTEE     (herein called recipient) therein named.
At Location: VILLAGE OF BREWSTER
208 MAIN STREET
BREWSTER NY

By delivering to and leaving with BARBARA JEWELL, CLERK a person of suitable age and discretion. Said premises is recipient's [✓] actual place of business [ ] dwelling house (usual place of abode) within the state.

On 2/8/08, deponent completed service by depositing a copy of the SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | FM | Color of Skin | WH | Color of Hair | GRAY |
|---|---|---|---|---|---|
| Age | 65 | Height | 5'2" | Weight | 150 |

Other Features:

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not

Sworn to before me on the 2/8/2008

_____      Gary Williams

                                 Server's License#:

STATE OF NEW YORK  UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 08CIV.1045   AND FILED ON   2/1/2008

MICHAEL PISANO                                         Plaintiff(s)/Petitioner(s)

                              Vs.

ALEX MANCONE, ET AL                                    Defendant(s)/Respondent(s)

STATE OF: NEW YORK                   )
                                     ) SS
COUNTY OF WESTCHESTER                )

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On __2/8/2008__ at __11:14AM__, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT, JUDGE'S RULES AND ELECTRONIC FILING RULES

Party Served: VILLAGE OF BREWSTER   (herein called recipient) therein named.

At Location: 208 MAIN STREET

BREWSTER NY

By delivering to and leaving with __BARBARA JEWELL__ and that deponent knew the person so served to be the CLERK of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

Sex: FM    Color of Skin: WH    Color of Hair: GRAY
Age: 65    Height: 5'2"
Weight: 150    Other Features

Sworn to before me on __2/8/2008__

_Dave Williams_                         _Gary Williams_
                                        Server's License#:

2010