UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL PISANO,

    Plaintiff,

-against-

ALEX MANCONE, individually and in his capacity as Chief of Police of the Village of Brewster, New York, JOHN DEGNAN, individually, WILLIAM BANKS, individually, and the VILLAGE OF BREWSTER, New York,

    Defendants.

08-Civ. 1045 (SCR)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, that defendants, ALEX MANCONE, individually and in his capacity as Chief of Police of the Village of Brewster, New York, JOHN DEGNAN, individually, WILLIAM BANKS, individually, and the VILLAGE OF BREWSTER, New York, time to appear and to Answer, amend, or supplement the Answer or to make any motion relative to the Summons and Complaint served herein, be and the same hereby is extended up to and including April 6, 2008.

Dated:   New York, New York
           February 26, 2008

Lovett & Gould, LLP

By: _____(JG-4510)
Jane Gould (JG-4510)
Attorney for Plaintiff
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

Wilson, Elser, Moskowitz, Edelman & Dicker LLP

By: _____
Mark K. Anesh (MA-8303)
Attorneys for Defendants
150 East 42nd Street
New York, New York 10017
(212) 490-3000

SO-ORDERED

_____
U.S.D.J.

DATED 2/29/08

3133638.1

RECEIVED TIME FEB. 26  3:02PM

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:
```