## AFFIDAVIT OF SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

      PAULA CHABLAL, being duly sworn, deposes and says: I am not a party to this action; I am over 18 years of age and I reside in Westchester, New York.

      On **Monday, April 7, 2008**, I served the within **ANSWER JURY TRIAL DEMANDED** upon:

Lovett & Gould, LLP
222 Bloomingdale Road
White Plains, New York 10605
*Attys. for plaintiff*

Mark Anesh, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker, LLP
150 East 42nd Street
New York, New York 10017-5639
*Attys. for defendants John Degnan, William Banks
and Village of Brewster, New York*

by depositing a true copy of the same enclosed in a first-class, postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

_____
Paula Chablal

Sworn to before me this
7th day of April, 2008

_____
Notary Public

GREGORY J. SPAUN
NOTARY PUBLIC, State of New York
No. 02SP6054146
Qualified in Westchester County
Commission Expires 1/29/20/ /