UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MICHAEL PISANO,

                      Plaintiff,

    -against-

ALEX MANCONE, individually and in his capacity of Chief of Police of the Village of Brewster, New York, JOHN DEGNAN, Individually, WILLIAM BANKS, Individually, and THE VILLAGE OF BREWSTER, NEW YORK,

                      Defendants.
-----------------------------------------------------------x

08 Civ 1045 (SCR)

**PLAINTIFF'S NOTICE OF APPEARANCE OF COUNSEL**

TO THE CLERK OF THE COURT:

    Please enter the appearance of Jane Bilus Gould, Esq. of the law firm of Lovett & Gould, LLP as Lead Attorney on behalf of the Plaintiff Michael Pisano in this action.

                      Jane Bilus Gould, (JBG 4510)
                      Lovett & Gould, LLP
                      222 Bloomingdale Road
                      White Plains, New York 10605
                      (914) 428-8401
                      FAX: (914)) 428-8916
                      E-mail: jbgould315@aol.com

                      Respectfully submitted,

                      LOVETT & GOULD, LLP
                      222 Bloomingdale Road, Suite 304
                      White Plains, New York 10605
                      (914) 428-8401

              By: _____
                      Jane Bilus Gould, (JBG 4510)

Dated: April 7, 2008
       White Plains, New York