UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

08-CIV. 1045 (SCR)

MICHAEL PISANO,

              Plaintiff,

              -against-

NOTICE OF MOTION TO DISMISS

ALEX MANCONE, individually and in his capacity as Chief of Police of the Village of Brewster, New York, JOHN DEGNAN, individually, WILLIAM BANKS, individually, and the VILLAGE OF BREWSTER, New York,

              Defendants.

      Please take notice that upon the annexed declaration of Michael A. Carrasco, dated April 30, 2008, and the accompanying memorandum of law, and upon all the pleadings heretofore had herein, defendants John Degnan, William Banks and the Village of Brewster, will move this Court, before the Honorable Stephen C. Robinson, U.S. District Judge at the U.S. District Court for the Southern District of New York, White Plains Branch, located at 300 Quarropas Street, Room 633, White Plains, New York, on a date, time and place to be determined by the Court, for an order dismissing the complaint in its entirety.

Dated: New York, New York
       April 30, 2008

                              Respectfully submitted,

                              LEWIS BRISBOIS BISGAARD & SMITH LLP

                              By: _____
                                  Michael A. Carrasco (MC-3015)
                                  Attorneys for defendants
                                  **John Degnan, William Banks and the Village of Brewster**
                                  199 Water Street, 25th Floor
                                  New York, New York 10038
                                  (212) 232-1300
                                  File No.: TBD/Pisano

To:

Ms. Jane Gould, Esq.
Lovett & Gould LLP
Attorneys for **Plaintiff**
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

Mr. Stuart Kahan, Esq.
Oxman Tulis Kirkpatrick Whyatt & Geiger LLP
Attorneys for co-defendant **Alex Mancone**
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900