UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**08-CIV. 1045 (SCR)**

MICHAEL PISANO,

Plaintiff,

-against-

ALEX MANCONE, individually and in his capacity as
Chief of Police of the Village of Brewster, New York,
JOHN DEGNAN, individually, WILLIAM BANKS,
individually, and the VILLAGE OF BREWSTER, New
York,

Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2008, I electronically filed a Notice of Motion,
Declaration of Michael A. Carrasco with complaint, Memorandum of Law, along with the within
Certificate of Service with the Clerk of the U.S. District Court for the Southern District of New
York via its ECF system, which sent notification of such filing to the following:

Lovett & Gould, LLP
Attorneys for Plaintiff

Oxman Tulis Kirkpatrick Whyatt & Geiger LLP
Attorneys for co-Defendant Mancone

Michael A. Carrasco (MC-3015)

4815-7520-8706.1