# LEWIS BRISBOIS BISGAARD & SMITH LLP

ATTORNEYS AT LAW

199 WATER STREET, SUITE 2500, NEW YORK, NY 10038
PHONE: 212.232.1300 | FAX: 212.232.1399 | WEBSITE: www.lbbslaw.com

MICHAEL A. CARRASCO
NDIRECT DIAL: 212.232.1341
E-MAIL: carrasco@lbbslaw.com

April 28, 2008

FILE NO.
33333.33

**MEMO ENDORSED**

Hon. Stephen C. Robinson, DCJ
300 Quarropas Street, Room 633
White Plains, NY 10601

Re:   *Pisano v. Mancone, et. al.*: 08-Civ. 1045 (SCR)

Dear Judge Robinson:

Further to my conversation with Joanna from your Chambers, we are counsel to defendants John Degnan, William Banks and the Village of Brewster. We recently submitted our substitution as counsel form, from our former law firm, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, to our present law firm, Lewis Brisbois Bisgaard & Smith LLP, but at that time we failed to include a second stipulation extending our time to answer or move relative to the complaint, until April 30, 2008. Plaintiff's counsel has once again been most generous and consented to the extension. We include that Stipulation, signed on April 9, 2008, for your signature. This is our second request for an extension of time.

Should you have any questions regarding the foregoing, please contact the undersigned at your convenience.

Respectfully Submitted,

MICHAEL A. CARRASCO (MC-3015)
LEWIS BRISBOIS BISGAARD & SMITH LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

ATLANTA | CHICAGO | FORT LAUDERDALE | LAFAYETTE | LAS VEGAS | LOS ANGELES | NEW ORLEANS | NEW YORK
ORANGE COUNTY | PHOENIX | SACRAMENTO | SAN BERNARDINO | SAN DIEGO | SAN FRANCISCO | TAMPA | TUCSON

4811-8880-5890.2

LEWIS BRISBOIS BISGAARD & SMITH LLP

Judge Stephen C. Robinson
April 28, 2008
Page 2

cc:   Jane Bilus Gould, Esq.

Stuart Evan Kahan, Esq.

**APPLICATION GRANTED**
*Stephen C. Robinson* 5/5/08
HON. STEPHEN C. ROBINSION

4811-8880-5890.1