Apr 03 08 12:15p  Brewster PD                    8452793618                p.2

*Robinson, J* LLh

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK – WHITE PLAINS
---------------------------------------------------------x
MICHAEL PISANO                                 : Index No. 08-CIV-1045 **(SCR)**

                      Plaintiff,    **STEPHEN ROBINSON**
                                  : **SUBSTITUTION OF**
   - Against -                                 **COUNSEL**

ALEX MANCURE, CHIEF OF POLICE; JOHN
DEGNAN, WILLIAM BANKS & VILLAGE OF
BREWSTER

                      Defendants.

---------------------------------------------------------x

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, that the firm

of LEWIS BRISBOIS BISGAARD & SMITH LLP, located at 199 Water Street, New York, New York

10038, (212) 232-1300, is substituted as attorneys of record for DEFENDANTS JOHN DEGNAN;

WILLIAM BANKS and VILLAGE OF BREWSTER, in place and stead of WILSON, ELSER,

MOSKOWITZ, EDELMAN & DICKER LLP, as of the date hereof.

Dated: New York, New York
       April 2, 2008

LEWIS BRISBOIS BISGAARD & SMITH          WILSON, ELSER, MOSKOWITZ,
LLP                                      EDELMAN & DICKER LLP

By: Mark K. Anesh                        By: _____
199 Water Street, 25th Floor             150 East 42nd Street
New York, NY 10038                       New York, New York 10017
(212-232-1300)                           (212) 490-3000
                                         File: 00295.12380

4830-6293-7602.1

RECEIVED 04-03-'08 11:54  FROM-                  TO-  Village Of Brewster  P004/006
8IE-F 900/E00d ES5-T       ES9LBLZ          ɹəʇsʍəɹᗺ ɟO ǝɓɐllᴉΛ-WOᴚℲ  ꜚS:ꞁꞁ 80 -ꜚ0-ꝗ0

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

(4/3/2008) Cristina Yannucci - 2405_001.pdf                                                                 Page 3

Apr 03 08 12:16p     Brewster PD                              8452793618          p.3

By: _____
   Mayor Jim Schoenig
   for Village of Brewster

By: _____
   William Banks

By: _____
   John Degnan

SO ORDERED:

_____
Honorable
United States District Judge

4A3D-6293-7402.1

RECEIVED 04-03-'08 11:50   FROM-                    TO- Village Of Brewster   P005/005

By: _____
Mayor Jim Schoenig
for Village of Brewster

By *[signature]*
William Banks

By _____
John Degnan

SO ORDERED:

_____
Honorable
United States District Judge

Dated: *May 5, 2008*

4830-6293-7602.1