5/07/2008  07:53   O T K W G → 4288916    NO.047  001
MAY. 6. 2008  2:46PM   LOVETT & GOULD                    NO. 746   P. 2/2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICHAEL PISANO,

                      Plaintiff,         08 Civ 1045 (SCR)

-against-                                 STIPULATION

ALEX MANCONE, individually and in his
capacity of Chief of Police of the Village of
Brewster, New York, JOHN DEGNAN,
Individually, WILLIAM BANKS,
Individually, and THE VILLAGE OF
BREWSTER, NEW YORK,

                      Defendants.
-----------------------------------------------------------x

       IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the Plaintiff's time to file opposition to the Rule 12(b)(6) motion of Defendants Degnan, Banks and the Village of Brewster is hereby extended to May 30, 2008.

Dated: White Plains, New York
       May 6, 2008

LOVETT & GOULD, LLP                  LEWIS BRISBIOS BISGAARD & SMITH, LLP
By:_____            By:_____
   Jane Bilus Gould (JBG 4510)               Michael A. Carrasco (MC 3015)
   Attorneys for Plaintiff                         Attorneys for Defendants Degnan, Bank & Village
   222 Bloomingdale Road                   199 Water Street, 25th floor
   White Plains, NY 10605                    New York, New York 10038
   (914) 428-8401                                 (212) 232-1300

OXMAN, TULIS, KIRKPATRICK, WHYATT & GEIGER, LLP
By: _____
Stuart E. Kahan (SK 7767)
Attorneys for Defendant Mancone
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900

SO ORDERED:
_____
Honorable Stephen C. Robinson
United States District Judge

```
┌─────────────────────────┐
│ USDC SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____        │
│ DATE FILED: _____   │
└─────────────────────────┘
```

DATED: May 13, 2008

page 2