# AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

Tamara Siler, being duly sworn, deposes and says:

I am not a party to this action, I am over eighteen (18) years of age and I reside in the State of New York, New York County.

That on June 4, 2008, I served a true copy of the annexed **REPLY MEMORANDUM OF LAW SUBMITTED IN RESPONSE TO PLAINTIFF'S OPPOSING MEMORANDUM OF LAW AND IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**, upon the following:

| | |
|---|---|
| Ms. Jane Gould, Esq.<br>Lovett & Gould LLP<br>*Attorneys for Plaintiff*<br>Michael Pisano<br>222 Bloomingdale Road<br>White Plains, New York 10605<br>(914) 428-8401 | Mr. Stuart Kahan, Esq.<br>Oxman Tulis Kirkpatrick Whyatt<br>   & Geiger LLP<br>*Attorneys for Co-Defendant*<br>Alex Mancone<br>120 Bloomingdale Road<br>White Plains, New York 10605<br>(914) 422-3900 |

by mailing same in a sealed envelope, with postage prepaid thereon via **U.S. Mail** within the State of New York.

_____
Tamara Siler

Sworn to before me this
4th day of June, 2008

_____
- Notary Public -

Nancy I. Rivera
Notary Public, State of New York
No. 01RI6058556
Qualified in New York County
Commission Expires 5/14/20 11

4845-8370-4322.1                                    1