UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
MICHAEL PISANO,

                            Plaintiff,

                            -against-                                      08 CIVIL 01045 (SCR)

ALEX MANCONE, individually and in his capacity as Chief of
Police of the Village of Brewster, New York, JOHN DEGNAN,
individually, WILLIAM BANKS, individually, and the VILLAGE
OF BREWSTER, New York,

                            Defendants.
-------------------------------------------------------------------- x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Michael A. Carrasco, Esq.

☒ **Attorney**

    ☒ I am a U.S.D.C. Southern District of New York attorney. My Bar Number is: 3015

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ **Law Firm/Government Agency Association**

    From: Wilson, Elser, Moskowitz, Edelman & Dicker LLP

    To: Lewis, Brisbois, Bisgaard & Smith LLP

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ **Address:** 199 Water Street, New York, New York 10034

☒ **Telephone Number:** 212-232-1300

☒ **Fax Number:** 212-232-1399

☒ **E-Mail Address:** carrasco@lbbslaw.com

Dated: June 12, 2008