UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL PISANO,

                                  Plaintiff,

                                  -against-

ALEX MANCONE, individually and in his capacity as Chief of Police of the Village of Brewster, New York, JOHN DEGNAN, individually, WILLIAM BANKS, individually, and the VILLAGE OF BREWSTER, New York,

                                  Defendants.

DOCKET NO.
08-CV-01045 (SCR)

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE,** that the above named defendants, **JOHN DEGNAN, individually, WILLIAM BANKS, individually, and the VILLAGE OF BREWSTER, NEW YORK,** hereby appear(s) in the above entitled action, and that the undersigned has been retained as attorneys for said defendants. Service of all pleadings, papers and documents required to be served in this action should be served on this party through its counsel at the office and post office address stated below:

        Michael A. Carrasco, Esq.
        Lewis Brisbois Bisgaard & Smith, LLP
        199 Water Street – Suite 2500
        New York, New York 10038
        Telephone:  212-232-1300
        Facsimile:   212-232-1399
        E-Mail:      carrasco@lbbslaw.com

Dated: New York, New York
       June 12, 2008

                                  Respectfully submitted,

                                  LEWIS BRISBOIS BISGAARD & SMITH LLP
             By:    _____
                      Michael A. Carrasco, Esq. (MC-3015)
                      Attorneys for Defendants
                      **JOHN DEGNAN, INDIVIDUALLY, WILLIAM BANKS, INDIVIDUALLY, AND THE VILLAGE OF BREWSTER, NEW YORK**
                      199 Water Street, Suite 2500
                      New York, New York 10038
                      (212) 232-1300
                      File No.: 50027-918