UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICHAEL PISANO,                                 :    08-CIV. 1045 (SCR)
                                                :
                        Plaintiff,              :
                                                :
            - against -                         :    **Notice of Appearance**
                                                :
ALEX MANCONE, JOHN DEGNAN, WILLIAM  :
BANKS, and THE VILLAGE OF BREWSTER,  :
                                                :
                        Defendants.             :
                                                :
                                                :
                                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x


**To the Clerk of the Court and All Parties of Record:**

1.  Enter my appearance as counsel in addition to Mark K. Anesh, lead counsel, in this case for

    Defendants, John Degnan, William Banks, and The Village of Brewster.

2.  I certify that I am admitted to practice in this Court.


Dated:     New York, New York
           August 29, 2008

                                                _____

                                                Susan K. Slim, Esq. (SS3785)
                                                Lewis Brisbois Bisgaard & Smith LLP
                                                Attorneys for Defendants
                                                *John Degnan, William Banks and*
                                                *The Village of Brewster*
                                                199 Water Street, 25th Floor
                                                New York, New York 10038
                                                (p) 212.232.1418
                                                (f)  212.232.1399
                                                (e)  sslim@lbbslaw.com
                                                File No.: 50027-918

4823-7195-7762.1

To:

Ms. Jane Bilus Gould, Esq.
Lovett & Gould, LLP
Attorneys for Plaintiff
*Michael Pisano*
222 Bloomingdale Road
White Plains, New York 10605
(914) 428-8401

Mr. Stuart A. Kahan, Esq.
Oxman Tulis Kirkpatrick Whyatt & Geiger LLP
Attorneys for Co-Defendant
*Alex Mancone*
120 Bloomingdale Road
White Plains, New York 10605
(914) 422-3900

4823-7195-7762.1